## (September 13, 1973)

■ MARCELLO URENA, an Infant by His Father and Natural Guardian JOSE URENA, et al., Respondents, v. MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Appellant.— Order, Supreme Court, New York County, entered on September 18, 1972, unanimously reversed, on the law and the facts, and the motion denied, without costs and without disbursements. The application is for leave to sue MVAIC pursuant to section 618 of the Insurance Law. Petitioner was sitting on the trunk of an automobile as far as appears without the invitation or knowledge of the driver. The automobile pulled away from the curb and petitioner fell off. This is not a "hit and run" within the contemplation of the statute (*Flores* v. *MVAIC*, N. Y. L. J., July 30, 1963, p. 7, col. 5). Concur — Stevens, P. J., Murphy, Lane, Steuer and Tilzer, JJ.

■ In the Matter of PETER RAIA, Petitioner, v. JUSTICES OF THE SUPREME COURT, FIRST DEPARTMENT, COUNTY OF NEW YORK, et al., Respondents.— Application in the nature of a writ of prohibition unanimously denied and the petition dismissed, without costs and without disbursements. No opinion. Concur —Markewich, J. P., Kupferman, Lane, Steuer and Capozzoli, JJ.

■ In the Matter of ERNEST ABBAMONTE, Petitioner, v. JUSTICES OF THE NEW YORK SUPREME COURT OF NEW YORK COUNTY et al., Respondents.— Application pursuant to article 78 of the CPLR unanimously denied and the petition dismissed, without costs and without disbursements. No opinion. Concur — Stevens, P. J., Nunez, Lane, Steuer and Capozzoli, JJ.

■ DON CIRALE, as Administrator of the Estate of LEE CIRALE, Deceased, et al. v. 80 PINE STREET CORPORATION et al.— Motion for reargument or for leave to appeal to the Court of Appeals granted, and the following question certified: "Was the order of the Supreme Court, as affirmed by this court, properly made?" Concur — Markewich, J. P., Kupferman, Lane, Steuer and Capozzoli, JJ. [41 A D 2d 1030].